UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-22156-UU

AF HOLDINGS, LLC,

    Plaintiff,

vs.

DARRYL LESSERE,

    Defendant.

_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE COURT
ORDERED LETTERS UNDER SEAL**

Plaintiff AF Holdings, LLC, through its counsel, and consistent with the Federal Rule of Civil Procedure 5.2, moves this Court for immediate protection and an order to seal its filing of "a copy of the letter which was sent to the individual holding the IP address at issue in this case," as required by the Court in its August 16, 2012 Order Requiring Response (hereinafter "August 16 Order"). (ECF No. 8 at pg. 4). Plaintiff submits this motion for leave to file the required documents under seal, and supports it with the following:

**DISCUSSION**

Plaintiff filed this case on August 10, 2012. (ECF No. 1). On June 13, 2012, Plaintiff filed its Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference. (ECF No. 4). The Court granted that motion, and, from there, Plaintiff subpoenaed Atlantic Broadband to identify the subscriber related to Internet Protocol ("IP") address 216.186.179.30. Atlantic Broadband responded informing Plaintiff that Darryl Lessere of Sunny Isles, Florida was the subscriber of that IP address at the time and date referenced in the Complaint. From there, plaintiff sent two letters to Mr. Lessere – the first on August 6, 2012, and the second on August

1

20, 2012.  Despite the Court's suspicions, Plaintiff's letters to Mr. Lessere were, and are, not intended to "'shame or intimidate[e]'" Mr. Lessere– the major part of these letters being focused on educating defendant about this case, his possible involvement, and encouraging him to contact Plaintiff's counsel.

Per Federal Rule of Civil Procedure 5.2(d), "The court may order that a filing be made under seal without redaction."  Federal Rule of Evidence 408 restricts the use of conduct and statements allegedly made in the course of compromise negotiations.  Ultimately, such a rule encourages compromise between the parties and promotes, generally, the public policy of preserving such confidential statements.

The Court's August 16 Order requires that Plaintiff file those letters to Mr. Lessere. Plaintiff has no issue disclosing those to the Court.  However, because of the confidential nature of those letters directed solely at Mr. Lessere, Plaintiff would only ask that the Court allow Plaintiff to file those letters under seal.  The courts concerns and curiosities can be addressed just as well while the letters are under seal and out of the public scrutiny.  This would allow the Court to "facilitate a 'just, speedy, and inexpensive disposition of the action,'" while, at the same time, preserve confidential communications, settlement offers between the parties, and any implicit (or explicit) discovery and litigation strategy in this case.

## CONCLUSION

For the foregoing reasons, Plaintiff requests that the Court allow Plaintiff to file the two letters required by the August 16 Order under seal.  Plaintiff will file the letters pursuant to Local Rule 5.4(b) upon receiving an order from the Court allowing it to file under seal.

///

///

                                                                                 Respectfully submitted,

                                                                                 AF Holdings, LLC

DATED: August 27, 2012

                                              By:    /s/ Joseph Perea
                                                                 Joseph Perea (Bar No. 47782)
                                                                 Joseph Perea, P.A.
                                                                9100 S. Dadeland Blvd, Suite 1500
                                                                Miami, Florida 33156
                                                                Telephone: (305)934-6215
                                                                Facsimile: (305) 396-8752
                                                                E-mail: joperea@perealawfirm.com
                                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 27, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                                              /s/ Joseph Perea
                                                                              JOSEPH PEREA