UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-22156-UU

AF HOLDINGS LLC,

        Plaintiff,

vs.

DARRYL LESSERE,

        Defendant.
_____/

## NOTICE OF COMPLIANCE

Plaintiff, AF Holdings, LLC, through the undersigned counsel, provides notice of compliance with the Court's order of August 16th, 2012. (ECF 8). Plaintiff has provided the attached subpoena in response to the Court's order, marked herein as Exhibits A and B.

        Respectfully submitted,
        AF Holdings, LLC

DATED: August 27, 2012

By:   /s/ Joseph Perea
      Joseph Perea (Bar No. 47782)
      Joseph Perea, P.A.
      9100 S. Dadeland Blvd., Ste 1500
      Miami, FL 33156
      Tel: 305-934-6215
      Fax: 888-229-4968
      joperea@perealawfirm.com
      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 27, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

    /s/ Joseph Perea
    JOSEPH PEREA