# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT District of Florida

Case Number: 1:12-CV-22156

Plaintiff:
**AF HOLDINGS, LLC**

vs.

Defendant:
**JOHN DOE**

For:
JOSEPH PEREA PA
9100 S. Dadeland Blvd, Ste 1500
Miami, FL 33156

Received by PRENDA LAW INC. on the 14th day of June, 2012 at 12:21 pm to be served on **SUBPOENA COMPLIANCE/CUSTODIAN OF RECORDS: ATLANTIC BROADBAND FINANCE, LLC, C/O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, Kole Kady, do hereby affirm that on the **15th day of June, 2012** at **11:14 am**, I:

Served the within named corporation by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me to CARLA LOHI as CUSTOMER SERVICE REPRESENTATIVE authorized to accept service, of the within named corporation, in compliance with State Statutes.

**Description** of Person Served: Age: 36, Sex: F, Race/Skin Color: WHITE, Height: 5'6, Weight: 175, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.
"Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Kole Kady
225

PRENDA LAW INC.
161 N Clark St.
Suite 3200
Chicago, IL 60601
(312) 880-9160
Our Job Serial Number: KDY-2012014518

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5b