UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-22156-UU

AF HOLDINGS LLC,

       Plaintiff,

vs.

DARRYL LESSERE,

       Defendant.
_____/

## NOTICE OF COMPLIANCE

Plaintiff, AF Holdings, LLC, through the undersigned counsel, provides notice of compliance with the Court's order of August 30th, 2012. (ECF 12). Plaintiff has provided correspondences sent to Defendant, marked herein as Exhibit A and B.

                                                   Respectfully submitted,
                                                   AF Holdings, LLC

DATED: August 31, 2012

                                        By:    /s/ Joseph Perea
                                                    Joseph Perea (Bar No. 47782)
                                                    Joseph Perea, P.A.
                                                    9100 S. Dadeland Blvd., Ste 1500
                                                    Miami, FL 33156
                                                    Tel: 305-934-6215
                                                    Fax: 888-229-4968
                                                    joperea@perealawfirm.com
                                                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 31, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                                                /s/ Joseph Perea
                                                                                  JOSEPH PEREA