Darryl Lessere
18700 N. Bay Rd.
Sunny Isles, FL 33160

08/06/2012
<u>SENT VIA U.S. MAIL</u>

*Meet and Confer Regarding a Federal Lawsuit*

Re: **Copyright Infringement**
AF Holdings LLC v. John Doe and 1:12-cv-22156
Ref #82878

Dear Darryl Lessere:

Prenda Law, Inc. has been retained by AF Holdings LLC to pursue legal action against those individuals who have unlawfully infringed on its copyrighted content. Your name has come up in the above-referenced lawsuit, and has been directly connected with an instance of infringement of our client's works. I am contacting you as lead national litigation counsel for AF Holdings LLC. The purpose of this letter is to attempt to meet and confer with you with regard to our client's claims. I am doing this prior to pursing any further litigation.

On April 26, 2012 at 12:20:24 PM UTC, our agents observed the IP address assigned to you (216.189.179.30) illegally downloading and sharing our client's video-Sexual Obsession-with others via the BitTorrent protocol. As you have been informed by Atlantic Broadband, our client received your identifying information through the above-referenced lawsuit because you were are the account holder of 216.189.179.30. Please note that, currently, there is only one Defendant in this lawsuit. Through our agents' observations and the Atlantic Broadband's revelations, it is abundantly clear that this Defendant is directly linked to your IP address.

1