Darryl Lessere
18700 N. Bay Rd.
Sunny Isles, FL 33160

08/20/2012
SENT VIA U.S. MAIL

*Meet and Confer Regarding a Federal Lawsuit*

Re: **Copyright Infringement**
**AF Holdings LLC v. John Doe and 1:12-cv-22156**
**Ref #82878**

Dear Darryl Lessere:

I sent you a letter about two weeks ago informing you of the above-referenced lawsuit in which your Internet Protocol ("IP") address was identified in a BitTorrent swarm illegally downloading and uploading our client AF Holdings LLC's copyrighted content. That letter was also an attempt to meet and confer with you to resolve this case without further litigation. At this point, however, no resolution has been obtained.

I recommend that you retain an attorney in this matter if you have not already done so. I strongly encourage you, or your attorney, to contact me at the above-referenced number as soon as possible. If we cannot conclude this matter through settlement, our firm, on behalf of our client, will be forced to litigate further. This could include naming you and/or a member of your household-depending on our investigation-as the Defendant in this case.