AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### Southern District of Florida
_____ District of _____

AF HOLDINGS, LLC.

*Plaintiff(s)*

v.

DARRYL LESSERE

*Defendant(s)*

Civil Action No. 12-22156-CIV-UU

FILED by ___ D.C.

AUG 31

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA - MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DARRYL LESSERE
18700 N. BAY ROAD,
SUNNY ISLES BEACH, FLORIDA 33160

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOSEPH PEREA, P.A.
JOSEPH PEREA, ESQ.
9100 S. DADELAND BLVD, STE 1500,
MIAMI, FLORIDA 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore

CLERK OF COURT

Date: 08/31/2012

_____
*Signature of Clerk or Deputy Clerk*