UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-cv-22156-UU

AF HOLDINGS, LLC,

    Plaintiff,

v.

 DARRYL LESSERE, ,

    Defendant.

_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE is before the Court upon the Notice of Compliance by Plaintiff. [D.E. 13]

THIS COURT has considered the Plaintiff's Notice, the pertinent portions of the record, and is otherwise fully advised on the premise.

On August 16, 2012, this Court directed Plaintiff to file a copy of the letter that was sent to the individual holding the IP address in this case. [D.E. 8] On August 29, 2012, this Court denied Plaintiff's Motion [D.E. 10] to seal the letters. [D.E. 12] In the Notice, Plaintiff represents that he has "provided the correspondences sent to Defendant, marked herein as Exhibit A and B." [D.E. 13]

The versions of the letters filed with the Court do not appear to be true and accurate copies of what was sent to Defendant. On page two of Exhibit A, the author indicates that "my number is above," yet this document does not include a phone number anywhere on its face. [*See* D.E. 13-1; 13-2] The same is true of the

1

second letter. [*See* D.E. 13-3] Finally, neither letter has a signature block, identifying the sender.  Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff is to file true and accurate copies of the letters that were sent to Defendant no later than September 4, 2012, at 12 noon. Plaintiff is to duly swear that the letters presented to the Court are true and accurate copies of what was sent to Defendant.  Should Plaintiff not be able to file such copies of the letters, it shall explain why it cannot do so, in writing, no later than the deadline above.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of August 2012.

*[signature]*

UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record