UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-22156-UU

AF HOLDINGS LLC,

       Plaintiff,

vs.

DARRYL LESSERE,

       Defendant.
_____/

## NOTICE OF COMPLIANCE WITH COURT ORDER

    Plaintiff by and through the undersigned counsel files this notice of compliance with the Court's order of August 31st, 2012 (ECF 15). Attached herein is Exhibit A.

                                                Respectfully submitted,
                                                AF Holdings, LLC

DATED: September 3, 2012

                            By:    /s/ Joseph Perea
                                     Joseph Perea (Bar No. 47782)
                                     Joseph Perea, P.A.
                                     9100 S. Dadeland Blvd., Ste 1500
                                     Miami, FL 33156
                                     Tel: 305-934-6215
                                     Fax: 888-229-4968
                                     joperea@perealawfirm.com
                                     *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

                                                    /s/ Joseph Perea
                                                    JOSEPH PEREA