UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-22156-UU

AF HOLDINGS LLC,

      Plaintiff,

vs.

DARRYL LESSERE,

      Defendant.
_____/

**DECLARATION OF JOSEPH PEREA IN SUPPORT OF FILED CORRESPONDENCES**

I, Joseph Perea, declare under penalty of perjury as true and correct that:

1. I am attorney of record in the above-styled case.

2. Upon information and belief, the content of the letters that were mailed to Defendant Darryl Lessere is accurate.

3. Plaintiff does not save exact copies of the letters that are mailed but does save the exact content of those letters on its hard drive computers. Plaintiff cannot physically track down the letters in question that were mailed.

4. I declare under penalty of perjury that the forgoing is true and correct of my own personal knowledge, except for those matters stated as information and belief, and those matters I believe to be true, and if called upon to testify I can competently do so as set forth above.

Executed on September 3rd, 2012, in Miami-Dade County, Florida

    /s/ Joseph Perea
    Joseph Perea