UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-cv-22156-UU

AF HOLDINGS, LLC,

 Plaintiff,

v.

 DARRYL LESSERE, ,

 Defendant.

_____/

## ORDER REQUIRING RESPONSE

 THIS CAUSE is before the Court *sua sponte*.

 THIS COURT has considered Plaintiff's Motion, the pertinent portions of the record, and is otherwise fully advised on the premise.

 On June 8, 2012, Plaintiff filed the initial Complaint, alleging copyright infringement by then unknown Defendant "John Doe." [D.E. 1] On August 27, 2012, Plaintiff filed an Amended Complaint, naming Darryl Lessere as the Defendant. [D.E. 9] On August 31, 2012, the Clerk of the Court issued a Summons as to the Defendant. [D.E. 14] To date, Defendant has not filed a response to Plaintiff's Amended Complaint, nor is there any proof that Plaintiff has served Defendant with a copy of the Amended Complaint. Additionally, the Scheduling Report was filed by the Plaintiff alone on account of the Plaintiff's inability to contact the Defendant at the time that this Report was due. [D.E. 6-7]  Accordingly, it is hereby

 ORDERED AND ADJUDGED that Plaintiff's shall file a proof of service with this Court, indicating the date upon which such service was executed, no later than September 27, 2012.  It is further

1

ORDERED AND ADJUDGED that the parties shall file a *Joint* Planning and Scheduling Report pursuant to this Court's Order Setting Initial Planning and Scheduling Conference [D.E. 6] no later than October 5, 2012.  It is further

ORDERED AND ADJUDGED that the Initial Planning and Scheduling Conference is hereby re-set for Friday October 12, 2012, at 11:30 a.m.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of September 2012.

_____
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

2