UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-22156-UU

AF HOLDINGS LLC,

      Plaintiff,

vs.

DARRYL LESSERE,

      Defendant.
_____/

NOTICE OF COMPLIANCE
WITH THE COURT'S ORDER OF SEPTEMBER 24TH, 2012

Plaintiff, by and through the undersigned counsel, files this notice of compliance submitting its proof of service on Defendant, Darryl Lessere, and in support thereof states as follows:

1. The Court issued an Order on September 24th, 2012, (ECF 17) ordering Plaintiff to submit proof of service of the summons and complaint by September 27th, 2012.

2. Attached is the Proof of Service or Return of Service, which indicates the Defendant was served on September 7th, 2012.

3. The Defendant is supposed to file an answer by September 28th, 2012.

4. The undersigned uploaded the summons "returned and executed," but the ECF system defaulted the date Defendant is supposed to file an answer to September 21, 2012.

5. Because Defendant was served on September 7th, 2012, the undersigned believes Defendant must file an answer by September 28th, 2012.

        Respectfully submitted,
        AF Holdings, LLC

DATED: September 24, 2012

By:   /s/ Joseph Perea
       Joseph Perea (Bar No. 47782)
       Joseph Perea, P.A.
       9100 S. Dadeland Blvd., Ste 1500
       Miami, FL 33156
       Tel: 305-934-6215
       Fax: 888-229-4968
       joperea@perealawfirm.com
       *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 24, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

        /s/ Joseph Perea
        JOSEPH PEREA