## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### DISTRICT District of Florida

Case Number: 12-22156-CIV-UU

Plaintiff:
**AF HOLDINGS, LLC**

vs.

Defendant:
**DARRYL LESSERE**

For:
Joseph Perea
JOSEPH PEREA, P.A.
P.O. Box 961383
Miami, FL 33296

Received by Lance Randall, Inc. on the 5th day of September, 2012 at 1:57 pm to be served on **DARRYL LESSERE, 18700 N. BAY ROAD, SUNNY ISLES BEACH, FL 33160.**

I, Kenny Gallego, do hereby affirm that on the **7th day of September, 2012 at 8:10 am, I:**

**Substitute Served** by leaving a true copy of this **SUMMONS AND COMPLAINT WITH EXHIBITS.** with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, at **18700 N. BAY ROAD, SUNNY ISLES BEACH, FL 33160** to a person residing therein who is 15 years of age or older to wit: **JAMIE KOSAR** as **CO-RESIDENT** and informing said person of the contents thereof in accordance with F.S. 48.031.

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: WHT, Height: 5'7, Weight: 137, Hair: BLONDE, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2), Notary not required. Date: 9/12/12



Kenny Gallego
Certified Process Server #2080

Lance Randall, Inc.
(Process & Litigation Support Svcs)
5831 Hallandale Beach Blvd.
West Park, FL 33023
(954) 944-3900
Our Job Serial Number: LRA-2012017578

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m