UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-22156-UU

AF HOLDINGS LLC,

    Plaintiff,

  vs.

DARRYL LESSERE,

    Defendant.
_____/

**PLAINTIFF'S MOTION TO CONTINUE
JOINT SCHEDULING REPORT AND JOINT SCHEDULING CONFERENCE**

Plaintiff, AF Holdings, LLC, by and through the undersigned counsel, files this motion to continue or cancel the filing of the joint scheduling report and joint scheduling conference, and in support thereof states the following:

1. Plaintiff served the Defendant, Darryl Lessere, with the amended complaint on September 7th, 2012.
2. Defendant was required to file an answer on September 28th, 2012.
3. On September 24th, 2012, (ECF 17), the Court issued an order requiring the parties to file a joint planning and scheduling report by October 5th, 2012. The scheduling conference is scheduled for October 12th, 2012.
4. Defendant has failed to file a responsive pleading to the amended complaint.
5. Plaintiff is in the process of moving for a default judgment.
6. Plaintiff is also in the process of replacing counsel of record.
7. Plaintiff requests the court cancel the filing of the joint planning and scheduling report,

which is due by October 5th, 2012, because the Defendant has not answered the amended complaint or filed a responsive pleading in any way.

8. For the same reasons, Plaintiff also requests the Court cancel the joint initial planning and scheduling conference, which is scheduled for October 12th, 2012.

**WHEREFORE**, Plaintiff, AF Holdings, LLC, respectfully requests the Court enter an Order cancelling the filing of the joint planning and scheduling report and the joint planning and scheduling conference.

> Respectfully submitted,
> AF Holdings, LLC

DATED: October 1, 2012

> By:   /s/ Joseph Perea
> Joseph Perea (Bar No. 47782)
> Joseph Perea, P.A.
> 9100 S. Dadeland Blvd., Ste 1500
> Miami, FL 33156
> Tel: 305-934-6215
> Fax: 888-229-4968
> joperea@perealawfirm.com
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

>   /s/ Joseph Perea
> JOSEPH PEREA