UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLERK'S DEFAULT**

| | |
|---|---|
| AF HOLDINGS, LLC, | CASE NO. 12-22156-CV-UNGARO |
| Plaintiff(s), | |
| v. | FILED by _____ D.C. |
| DARRYL LESSERE | Oct 5, 2012 |
| | STEVEN M. LARIMORE |
| | CLERK |
| | U.S. DIST. CT. |
| | S.D. OF FLA. |
| Defendant(s). | |
| _____/ | |

It appearing that the defendant(s) herein, **DARRYL LESSERE,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) DARRYL LESSERE, as of course, on this date October 5, 2012.

**STEVEN M. LARIMORE**
CLERK OF COURT

S/Teresa Erwin
By: _____
Teresa Erwin
Deputy Clerk

cc:   Hon. Ursula Ungaro
      Counsel of Record
      Darryl Lessere