UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-cv-22156-UU

AF HOLDINGS, LLC,

    Plaintiff,

v.

DARRYL LESSERE, ,

    Defendant.

_____/

**ORDER GRANTING MOTION FOR DEFAULT JUDGEMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Judgment. [D.E. 22].

THIS COURT has considered Plaintiff's Motion, the pertinent portions of the record, and is otherwise fully advised on the premise.

On June 8, 2012, Plaintiff filed the initial Complaint, alleging copyright infringement by then unknown Defendant "John Doe." [D.E. 1] On August 27, 2012, Plaintiff filed an Amended Complaint, naming Darryl Lessere as the Defendant. [D.E. 9] On August 31, 2012, the Clerk of the Court issued a Summons as to the Defendant. [D.E. 14]. On September 7, 2012, Plaintiff served a copy of the Amended Complaint upon the Defendant, establishing a deadline of September 28, 2012, for Defendant to file a response to Plaintiff's Amended Complaint. [D.E. 19] Defendant failed to do so. On October 4, 2012, Plaintiff filed a motion for Clerks Entry of Default as to Defendant [D.E. 21] along with the instant Motion. On October 5, 2012, the Clerk of the Court entered a Default as to Defendant. [D.E. 23]

Upon a careful review of the Plaintiff's Motion, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion is GRANTED. The Court shall separately enter a Final Default Judgement and an order closing the present action for administrative purposes.

DONE AND ORDERED in Chambers at Miami, Florida, this _9th_ day of October 2012.

_____
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record