UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-cv-22156-UU

AF HOLDINGS, LLC,

    Plaintiff,

v.

DARRYL LESSERE, ,

    Defendant.

_____/

**DEFAULT FINAL JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Judgment. [D.E. 22]

THE COURT notes that on October 5, 2012, the Clerk of the Court entered a Default against Defendant in conformance with Federal Rules of Civil Procedure 55(b)(1) for Defendant's failure to file a response to Plaintiff's Amended Complaint. The Court has also reviewed Plaintiff's Motion, the pertinent portions of the record, and is otherwise advised on the premises.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Default entered by the Clerk of the Court is APPROVED AND RATIFIED.  It is further

ORDERED AND ADJUDGED that FINAL JUDGEMENT is hereby entered against Defendant and in favor of Plaintiff for damages in the amount of $153,770.00 ($150,000.00 in statutory damages, $3,375.00 in attorney's fees, and $395.00 in costs).

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record