UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-cv-22156-UU

AF HOLDINGS, LLC,

    Plaintiff,

v.

DARRYL LESSERE, ,

    Defendant.

_____/

**ADMINISTRATIVE ORDER**

THIS CAUSE is before the Court upon the Court's Order Granting Plaintiff's Motion for Final Default Judgment.

THE COURT is fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record